AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Four USPS Priority Mail parcels currently in the custody of the USPIS in San Bernardino, California

Case No. 5:26-mj-00683

FILED
CLERK, U.S. DISTRICT COURT
9/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KC DEPUTY

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________________.

Date and time issued: September 17, 2026 at 4:30 p.m.

*Judge's signature*

City and state: Riverside, CA

Honorable Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Peter Dahlquist

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:26-mj-00683 | 9/17/2026 4:36 PM - 5:04 PM | USPIS |

Inventory made in the presence of :
M. Kudley, D. Wilson, A. Jacobs, & A. Carrillo, U.S. Postal Inspection Service

Inventory of the property taken and name of any person(s) seized:

SUBJECT PARCEL 1: USPS Priority Mail parcel bearing tracking label number 9505 5144 9688 6259 1528 00, contained approximately 5,340 grams of suspect marijuana, and related packaging.

SUBJECT PARCEL 2: USPS Priority Mail parcel bearing tracking label number 9570 1138 1111 6259 7043 84, contained approximately 1,830 grams of THC wax, and related packaging.

SUBJECT PARCEL 3: USPS Priority Mail parcel bearing tracking label number 9570 1162 1836 6259 1768 69, contained approximately 630 grams of bluish round pills, suspected to contain fentanyl, and related packaging.

SUBJECT PARCEL 4: USPS Priority Mail parcel bearing tracking label number 9505 5138 1113 6259 7808 23, contained approximately 3,190 grams of suspect marijuana, and related packaging.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/18/2026

*Executing officer's signature*

Marc Kudley, U.S. Postal Inspector

*Printed name and title*